IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA FRASHER, on behalf of herself and all other plaintiffs similarly situated,<br><br>v.<br><br>EDLS, INC. d/b/a Tasty Waffle, and LEFTERIS ELEFTERDIADIS<br>    Defendants. | Case No.: 1:17-cv-3701 |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Christina Frasher, by and through her attorneys, hereby stipulates that the claims against Defendants EDLA, Inc. d/b/a Tasty Waffle, and Lefteris Elefterdiadis have been settled and should be dismissed without prejudice, and should automatically convert to a dismissal with prejudice, and without costs, on February 28, 2019.

/s/ John Kunze
John Kunze
Fish Law Firm
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
*Attorneys for Plaintiff*